# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN COLLEEN CASTANEDA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:24-cv-00437-SAB<br><br>ORDER ADVISING PARTIES OF CONSENT TO MAGISTRATE JUDGE JURISDICTION<br><br>**SEVEN DAY DEADLINE** |

On April 11, 2024, Carmen Colleen Castaneda filed this action challenging the denial of her application for social security benefits. The Court issues this order to advise the parties that they may consent to magistrate judge jurisdiction.

Pursuant to the Local Rules of the Eastern District of California, this matter was directly assigned to a magistrate judge. L.R. 302(c)(15). The parties here have not filed a consent or declination of consent form in this action yet.

To consent or decline to magistrate judge jurisdiction, a party may sign and file the consent form available on the Court's website.[1] Parties may consent, decline or withhold consent without any adverse consequences, and the assigned Magistrate Judge will not be informed of the individual

---

[1] The consent form is available at: http://www.caed.uscourts.gov/caednew/index.cfm/forms/civil/.

1

party's holding or withholding of consent.

Accordingly, **within seven (7) days** of the date of service of this order, the parties may file consent to the Magistrate Judge jurisdiction forms, and if all parties consent, this action will be reassigned to a magistrate judge for all purposes, otherwise, the case will be assigned to a District Judge for the issuance of findings and recommendations.

IT IS SO ORDERED.

Dated:   **October 2, 2024**

UNITED STATES MAGISTRATE JUDGE