# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN COLLEEN CASTANEDA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00437-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 20) |

On September 3, 2025, the parties filed a stipulation for the award and payment of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d). (ECF No. 20.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded attorney's fees in the amount of SIX THOUSAND EIGHT HUNDRED TWELVE DOLLARS 27/100 ($6,812.27) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: __September 4, 2025__

STANLEY A. BOONE
United States Magistrate Judge

1